IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RYAN T. DOOLITTLE,

        Appellant,

  v.

STATE OF FLORIDA,

        Appellee.

_____/

Case No.  5D21-1479
LT Case No. 2020-CF-000104-A

Decision filed July 12, 2022

Appeal from the Circuit Court
for Seminole County,
Melanie Chase, Judge.

Matthew J. Metz, Public Defender,
and Ali L. Hansen, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EVANDER, SASSO and WOZNIAK, JJ., concur.